In the Matter of the Application of Morris Jolles for Admission to the Bar.— Application granted. Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

In the Matter of the Application of John McKnight for Admission to the Bar.— Application granted. Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

Wilhelmina Muller, Respondent, v. Adolph E. Muller and Another, as Executors, etc., Appellants.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ.

Eugenie H. Nicholson, Administratrix, etc., Respondent, v. The City of New York, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Joseph Anzellotti, Appellant.— Motion granted. Present — Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Edward Rheinhardt, Appellant.— Motion to dismiss appeal denied, upon condition that defendant perfect his appeal, place the case on the January calendar, 1915, and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ.

The People of the State of New York ex rel. Bowery Bay Building and Improvement Company, Appellant, v. Lawson Purdy and Others, Commissioners of Taxes and Assessments, etc., Respondents.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ.

William F. Reilly, Respondent, v. William M. Barrett, as President, etc., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ.

Bertha Thompson, Respondent, v. Edward Thompson, Appellant.— Motion denied. The decision of this court dismissed the complaint for failure of proof, and not upon the merits. (See post, p. 905.) Present — Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ.

John Toth, Respondent, v. William H. Horsfall, Appellant.— Motion to dismiss appeal granted, with costs. Present — Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ.

James Biangasso, by His Guardian ad Litem, Jennie Biangasso, Appellant, v. The City of New York, Respondent. — Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.